People v Pierre (2023 NY Slip Op 50040(U))

[*1]

People v Pierre (Rodney)

2023 NY Slip Op 50040(U) [77 Misc 3d 136(A)]

Decided on January 17, 2023

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 17, 2023
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Michael, JJ.

570477/17

The People of the State of New
York, Respondent,
against
Rodney Pierre,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (David J. Kirschner, J.), rendered June 7, 2017, convicting him, upon a
plea of guilty, of sexual abuse in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (David J. Kirschner, J.), rendered June 7, 2017, affirmed.

In view of defendant's knowing waiver of the right to prosecution by information,
the facial sufficiency of the accusatory instrument must be assessed under the standard
required of a misdemeanor complaint (see People v Dumay, 23 NY3d 518, 522
[2014]). Here, the misdemeanor complaint supplied defendant with sufficient notice of
the charged crime, i.e. sexual abuse in the third degree (see Penal Law §
130.55), to satisfy the demands of due process and double jeopardy (see e.g. People v
Kasse, 22 NY3d 1142 [2014]). The pleaded facts - including the description of the
conduct observed by the victim and a witness on the subway train, defendant's admission
to police that he "did masterbate on a Hispanic woman on the train" on the date in
question, and the recovery of defendant's semen from the pants of the victim, as
confirmed by DNA testing - provide reasonable cause to believe that defendant subjected
another person to sexual contact without the latter's consent (see Penal Law
§§ 130.00[3], 130.55).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: January 17, 2023